1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JOHN PAUL LOPEZ,                          No.  1:20-cv-01755-HBK

12              Plaintiff,

13         v.                                   ORDER GRANTING MOTION TO
                                                PROCEED *IN FORMA PAUPERIS* AND
14    COMMISSIONER OF SOCIAL                    DIRECTING CLERK TO ISSUE SUMMONS
      SECURITY,
15                                              (Doc. No. 2)
              Defendant.
16

17

18

19         Pending before the Court is Plaintiff's motion for leave to proceed *in forma pauperis* under

20    28 U.S.C. § 1915 in this Social Security appeal.  (Doc. No. 2).  Plaintiff's declarations in the

21    motion satisfies the requirements under § 1915 to proceed *in forma pauperis*.

22         By separate order, this Court will issue a Scheduling and Briefing Order.  Plaintiff is

23    directed to paragraph 1 of that Order.  Plaintiff shall promptly file proof of service with the Court

24    upon completion of service.

25         **Accordingly:**

26

27    1. Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. No. 2) is **GRANTED**.

28

                                                1

2. The Clerk of Court shall attach its "Instructions for Service of Social Security Appeals" to this Order.

3. The Clerk is directed to issue summons; and

4. The United States Marshal is directed to serve a copy of the complaint, summons, and this order upon the Commissioner.  Plaintiff must assist the U.S. Marshal upon request.

5. Within five (5) days of receiving the return of service from the U.S. Marshal, **Plaintiff shall file the return of service with the court.**

IT IS SO ORDERED.

Dated:  ___January 21, 2021___

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2